AMPERSAND HOTEL COMPANY, Respondent, *v.* CONNECTI-
CUT FIRE INSURANCE COMPANY, Appellant, Impleaded
with Another.

*Ampersand Hotel Co.* v. *Connecticut Fire Ins. Co.*, 153 App. Div.
930, affirmed.
(Argued March 16, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered November 25, 1912, affirming a judgment in
favor of plaintiff entered upon a verdict directed by the
court in an action upon a policy of fire insurance.

*Hartwell Cabell* for appellant.

*William B. Ellison* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
CUDDEBACK, MILLER and CARDOZO, JJ.

---

DAVID S. VAN WICKLEN, Respondent, *v.* ELIZABETH VAN
WICKLEN, Appellant.

*Van Wicklen* v. *Van Wick en*, 152 App. Div. 912, modified.
(Submitted March 16, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered September 20, 1912, affirming a judgment in
favor of plaintiff entered upon a verdict in an action by
plaintiff to recover his share of the rentals derived from
certain premises of which he and the defendant were
owners as tenants in common.

*James A. Sheehan* for appellant.

*Rufus O. Catlin* and *William Wills* for respondent.